# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 1:15CR 00308 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **HON. JUDGE SOLOMON OLIVER, JR.** |
| vs. | ) | |
| | ) | |
| STUART PFLAUM | ) | <u>**MOTION FOR CONTINUANCE**</u> |
| | ) | |
| **Defendant.** | ) | |

Now comes Defendant through counsel and moves this court to continue the sentencing hearing schedule for June 5, 2017.  Defendant states that his parent well be out of town on June 5, 2017, and they want to be present for his sentencing.  Defendant states that they will be returning to Cleveland late of June 5, 2017, after the schedule time set for his sentencing.

Counsel for Defendant states that this motion for continuance is not made to cause delay or for dilatory reasons.

**WHEREFORE**, defendant moves this court for a continuance of said sentencing date.

        Respectfully submitted,
        /s/ Donald Butler

        _____
        Donald Butler, 0005968
        Attorney for Defendant
        75 Public Square, Suite 600
        Cleveland, Ohio 44113
        Tel. (216) 621-7260
        Fax (216) 241-1312

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Continuance was served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt on this 24th day of May, 2017.

/s/ Donald Butler
_____
Donald Butler,
Attorney for Defendant