IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CR-308 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| STUART PFLAUM, | ) | OBJECTION TO MOTION TO |
| | ) | CONTINUE SENTENCING |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David A. Sierleja, Acting United States Attorney, and Margaret A. Sweeney, Assistant United States Attorney, and hereby responds in opposition to Defendant's Motion to Continue.

Defendant's sentencing has been pending since May 4, 2016, when this Court held his sentencing hearing. Since that time, Defendant moved to withdraw his guilty plea, which this Court denied on May 1, 2017. The next day, this Court set sentencing for June 5, 2017.

Defendant has requested that this Court continue sentencing so that he may have family members attend his sentencing. More specifically, Defendant asserts that his parents' travel schedule conflicts with the Court's scheduled sentencing date and asks this Court to accommodate their travel schedule. Defendant and his parents have known about this sentencing date for nearly one month and have had ample time to make other travel arrangements so that

2

they could attend Defendant's sentencing.  Defendant has not presented this Court with a sufficient justification to continue his sentencing, which is the last sentencing left in this case. Accordingly, the government objects to continuing Defendant's June 5, 2017, sentencing date.

                        Respectfully submitted,

                        DAVID A. SIERLEJA
                        Acting United States Attorney

By:   /s/ Margaret A. Sweeney
          Margaret A. Sweeney (OH: 0086591)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3990
          (216) 522-7499 (facsimile)
          Margaret.Sweeney@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of May 2017 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                                 /s/ Margaret A. Sweeney
                                                                 Margaret A. Sweeney
                                                                 Assistant U.S. Attorney